HODGSON RUSS LLP
ROBERT J. LANE, JR. (*pro hac vice*)
MELISSA N. SUBJECK (*pro hac vice*)
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone:  716.856.4000
Facsimile:   716.846.0349

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
REBECCA EDELSON, Cal. Bar No. 150464
REdelson@sheppardmullin.com
GAZAL POUR-MOEZZI, Cal. Bar No. 285932
gpour-moezzi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for MOOG INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., | Case No. 8:16-cv-01477-JVS KES |
| Plaintiff, | The Hon. James V. Selna |
| v. | **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| NEWPORT AERONAUTICAL, INC., | |
| Defendant. | |

SMRH:479858435

**RECITALS**

1. This Consent Judgment and Permanent Injunction, and stipulation of dismissal ("Consent Judgment and Permanent Injunction"), is entered into by Plaintiff Moog Inc. ("Moog"), on the one hand, and Defendant Newport Aeronautical Inc. ("Newport"), on the other hand, for the relief provided herein.

2. On June 25, 2014, Moog filed, in the United States District Court for the Western District of New York on June 25, 2014 (Case No. 1:14-cv-00504-RJA-LGF), the above-captioned Complaint against Newport, asserting claims (among others) for copyright infringement and trade secret misappropriation relating to Newport's sale of certain manuals described below.

3. On June 23, 2016, the Court there ordered that the action be transferred to this Court.

4. The parties, wishing to resolve all disputes and claims in this matter, have entered into a settlement agreement and voluntarily enter into this Consent Judgment and Permanent Injunction.

**JUDGMENT AND PERMANENT INJUNCTION**

Based on the foregoing recitals, and good cause having been shown, it is hereby STIPULATED AND AGREED that the following Judgment and Permanent Injunction in favor of Moog and against Newport should be granted, and such Judgment should be entered as the final judgment and permanent injunction herein:

1. The Court has jurisdiction over the parties and the subject matter for purposes of the Complaint and this Consent Judgment and Permanent Injunction.

2. Newport acknowledges that Moog has registered or is seeking registration of various "Moog Manuals." Moog Manuals means any and all documents generated by Moog and/or any of its affiliates concerning the operation, maintenance, and/or repair of products sold or manufactured by Moog and/or any of its affiliates. Moog's affiliates include those entities reported in Exhibit 21 to Moog's current 10-K and all future 10-Ks as filed and amended from time to time

with the U.S. Securities Exchange Commission (a copy of Exhibit 21 to Moog's 2015 10-K is attached as Exhibit 1).

3. Newport, and its officers, agents, servants, employees, and all persons in active concert or participation with Newport, are hereby permanently and immediately enjoined from directly or indirectly infringing Moog's copyrights or from copying, manufacturing, importing, exporting, distributing, offering to sell and selling or acquiring for distribution any and all Moog Manuals and from using or disclosing any information derived or copied from any and all Moog Manuals.

4. No appeal may be taken from this Consent Judgment.

5. Each party will bear its own costs and attorneys' fees.

6. Pursuant to the parties' settlement agreement and this Consent Judgment, this lawsuit is hereby dismissed with prejudice.

The parties hereby acknowledge that they have read the terms of this Consent Judgment and Permanent Injunction, understand these terms, and agree to be bound by these terms.  The parties hereto stipulate and agree to the accuracy of the representations set forth in this Consent Judgment and Permanent Injunction, to the imposition and assumption of the duties and to the conveyance and acceptance of the rights provided herein, and to the entry of judgment and of a permanent injunction based thereon.  The individuals executing this Consent Judgment and Permanent Injunction confirm that they are duly authorized to do so, and are

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

SMRH:479858435

authorized to bind the parties to this Consent Judgment and Permanent Injunction on whose behalf they execute it.

Dated:  November 10. 2016

Stipulated and Agreed:
*Plaintiff, MOOG INC.*

By  /s/ Rebecca Edelson
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
REBECCA EDELSON
GAZAL POUR-MOEZZI
and

By  /s/ Melissa N. Subjeck
**HODGSON RUSS LLP**
ROBERT J. LANE JR. (pro hac vice)
MELISSA N. SUBJECK (pro hac vice)

Dated:  November 10. 2016

Stipulated and Agreed:
*Defendant, NEWPORT AERONAUTICAL, INC.*

By  /s/ Matthew Berliner
**FORTIS LLP**
MATTHEW BERLINER
and

By  /s/ Jeremy P. Oczek
**BOND SCHOENECK AND KING PLLC**
JEREMY P. OCZEK (pro hac vice)

Based on the stipulation and agreement of the parties, the Complaint on file in this action, and such other matters as the Court may properly consider, and good cause appearing therefor,

IT IS SO ORDERED, ADJUDGED AND DECREED:

BY THE COURT

Dated: November 11, 2016

_____
Hon. James V. Selna
United States District Court Judge

I hereby attest that all parties signing this document and on whose behalf this document is submitted concur in the filing's content and have authorized this filing.

Dated: November 10, 2016

By        /s/ Rebecca Edelson
          REBECCA EDELSON

-4-

SMRH:479858435