JS-6

1  HODGSON RUSS LLP
   ROBERT J. LANE, JR. (*pro hac vice*)
2  MELISSA N. SUBJECK (*pro hac vice*)
   The Guaranty Building
3  140 Pearl Street, Suite 100
   Buffalo, New York 14202-4040
4  Telephone:  716.856.4000
   Facsimile:   716.846.0349
5
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
6    A Limited Liability Partnership
     Including Professional Corporations
7  REBECCA EDELSON, Cal. Bar No. 150464
   REdelson@sheppardmullin.com
8  GAZAL POUR-MOEZZI, Cal. Bar No. 285932
   gpour-moezzi@sheppardmullin.com
9  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
10 Telephone:  310.228.3700
   Facsimile:   310.228.3701
11
   Attorneys for MOOG INC.
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16 MOOG INC.,                          | Case No. 8:16-cv-01477-JVS KES

17           Plaintiff,                | The Hon. James V. Selna

18      v.

19 NEWPORT AERONAUTICAL, INC.,         | **AMENDED  CONSENT**

20           Defendant.                | **JUDGMENT AND**
                                       | **PERMANENT INJUNCTION**
21

22

23

24

25

26

27

28

SMRH:479858435

## RECITALS

1.      This Consent Judgment and Permanent Injunction, and stipulation of dismissal ("Consent Judgment and Permanent Injunction"), is entered into by Plaintiff Moog Inc. ("Moog"), on the one hand, and Defendant Newport Aeronautical Inc. ("Newport"), on the other hand, for the relief provided herein.

2.      On June 25, 2014, Moog filed, in the United States District Court for the Western District of New York on June 25, 2014 (Case No. 1:14-cv-00504-RJA-LGF), the above-captioned Complaint against Newport, asserting claims (among others) for copyright infringement and trade secret misappropriation relating to Newport's sale of certain manuals described below.

3.      On June 23, 2016, the Court there ordered that the action be transferred to this Court.

4.      The parties, wishing to resolve all disputes and claims in this matter, have entered into a settlement agreement and voluntarily enter into this Consent Judgment and Permanent Injunction.

## JUDGMENT AND PERMANENT INJUNCTION

Based on the foregoing recitals, and good cause having been shown, it is hereby STIPULATED AND AGREED that the following Judgment and Permanent Injunction in favor of Moog and against Newport should be granted, and such Judgment should be entered as the final judgment and permanent injunction herein:

1.      The Court has jurisdiction over the parties and the subject matter for purposes of the Complaint and this Consent Judgment and Permanent Injunction.

2.      Newport acknowledges that Moog has registered or is seeking registration of various "Moog Manuals."  Moog Manuals means any and all documents generated by Moog and/or any of its affiliates concerning the operation, maintenance, and/or repair of products sold or manufactured by Moog and/or any of its affiliates.  Moog's affiliates include those entities reported in Exhibit 21 to Moog's current 10-K and all future 10-Ks as filed and amended from time to time

-1-

1    with the U.S. Securities Exchange Commission (a copy of Exhibit 21 to Moog's

2    2015 10-K is attached as Exhibit 1).

3        3.    Newport, and its officers, agents, servants, employees, and all persons

4    in active concert or participation with Newport, are hereby permanently and

5    immediately enjoined from directly or indirectly infringing Moog's copyrights or

6    from copying, manufacturing, importing, exporting, distributing, offering to sell and

7    selling or acquiring for distribution any and all Moog Manuals and from using or

8    disclosing any information derived or copied from any and all Moog Manuals.

9        4.    No appeal may be taken from this Consent Judgment.

10       5.    Each party will bear its own costs and attorneys' fees.

11       6.    Pursuant to the parties' settlement agreement and this Consent

12   Judgment, this lawsuit is hereby dismissed with prejudice.

13       The parties hereby acknowledge that they have read the terms of this Consent

14   Judgment and Permanent Injunction, understand these terms, and agree to be bound

15   by these terms.  The parties hereto stipulate and agree to the accuracy of the

16   representations set forth in this Consent Judgment and Permanent Injunction, to the

17   imposition and assumption of the duties and to the conveyance and acceptance of

18   the rights provided herein, and to the entry of judgment and of a permanent

19   injunction based thereon.  The individuals executing this Consent Judgment and

20   Permanent Injunction confirm that they are duly authorized to do so, and are

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

-2-

1  authorized to bind the parties to this Consent Judgment and Permanent Injunction on

2  whose behalf they execute it.

3  Dated:  November 10. 2016

4  Stipulated and Agreed:

5  *Plaintiff, MOOG INC.*

6  By  _____/s/ Rebecca Edelson_____

7  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

8  REBECCA EDELSON

9  GAZAL POUR-MOEZZI

   and

10

11  By  _____/s/ Melissa N. Subjeck_____

   **HODGSON RUSS LLP**

12  ROBERT J. LANE JR. (pro hac vice)

   MELISSA N. SUBJECK (pro hac vice)

13  Dated:  November 10. 2016

14  Stipulated and Agreed:

15  *Defendant, NEWPORT AERONAUTICAL, INC.*

16  By  _____/s/ Matthew Berliner_____

   **FORTIS LLP**

17  MATTHEW BERLINER

18  and

19  By  _____/s/ Jeremy P. Oczek_____

20  **BOND SCHOENECK AND KING PLLC**

   JEREMY P. OCZEK (pro hac vice)

21

22

23

24

25

26

27

28

-3-

SMRH:479858435

1 | Based on the stipulation and agreement of the parties, the Complaint on file in this

2 | action, and such other matters as the Court may properly consider, and good cause

3 | appearing therefor,

4 | IT IS SO ORDERED, ADJUDGED AND DECREED:

5 |                                                         BY THE COURT

6 | Dated: November 18, 2016

7 |

8 |                                                         _____

9 |                                                         Hon. James V. Selna
                                                            United States District Court Judge

10 | I hereby attest that all parties signing this document and on whose behalf this
document is submitted concur in the filing's content and have authorized this

11 | filing.

12 |

13 | Dated: November 10, 2016

14 |

15 |                            By        _____/s/ Rebecca Edelson_____
                                                      REBECCA EDELSON

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-4-

EXHIBIT "1"

(21)        Our subsidiaries. (All of which are wholly owned by the Corporation, directly or indirectly, unless otherwise noted.) The names of indirectly owned subsidiaries are indented under the names of their respective parent corporations.

| Name | State/Country of Incorporation |
| --- | --- |
| Animatics GmbH | Germany |
| Bradford Engineering B.V. | Netherlands |
| Broad Reach Engineering Company | Delaware |
| Octant Technologies Inc. | California |
| Curlin Medical Inc. | Delaware |
| Moog MDG SRL | Costa Rica |
| Viltechmeda UAB | Lithuania |
| ZEVEX, Inc. | Delaware |
| Harmonic Linear Drives Ltd. (75% owned by Moog Inc.) | England and Wales |
| Ingenieurburo Pieper GmbH | Germany |
| Moog Asset Management LLC | Delaware |
| Moog Australia Pty., Ltd. | Australia |
| Moog do Brasil Controles Ltda. | Brazil |
| Moog Controls Corp. | Ohio |
| Moog Controls Hong Kong Ltd. | Hong Kong |
| Moog Control Systems (Shanghai) Co., Ltd. | People's Republic of China |
| Moog Industrial Controls (Shanghai) Co., Ltd. | People's Republic of China |
| Moog Controls (India) Pvt. Ltd. | India |
| Moog Controls Ltd. | United Kingdom |
| Moog Fernau Ltd. | United Kingdom |
| Moog Components Group Limited | United Kingdom |
| Fritech Holdings Limited | United Kingdom |
| :ech International Limited | United Kingdom |
| ι do Brasil Servicos E Equipamentos Submarinos Limitada | Brazil |
| Moog Norden AB | Sweden |
| Moog OY | Finland |
| Moog Wolverhampton Limited | United Kingdom |
| Moog Europe Holdings Luxembourg SCS | Luxembourg |
| Focal Technologies Corporation | Nova Scotia |
| Moog Holding GmbH & Co. KG | Germany |
| nsensys Holdings Ltd. | United Kingdom |
| og Insensys Limited | United Kingdom |
| /loog B.V. | Netherlands |
| /loog GmbH | Germany |
| og Italiana S.r.l. | Italy |
| /loog Luxembourg S.A.R.L. | Luxembourg |
| /loog Unna GmbH | Germany |
| og Control Equipment (Shanghai) Co. Ltd. | People's Republic of China |

| | |
|---|---|
| Obshestwo s Ogranizennoi Otwetstwennostju MOOG | Russia |
| Moog Luxembourg Finance S.A.R.L. | Luxembourg |
| Moog International Financial Services Center S.a.r.l. | Luxembourg |
| Moog Verwaltungs GmbH | Germany |
| Moog Holdings Ltd. | Ireland |
| Moog Dublin Ltd. | Ireland |
| Moog UK Cheltenham Ltd. | United Kingdom |
| Moog Ireland Limited | Ireland |
| Moog Japan Ltd. | Japan |
| Moog Korea Ltd. | South Korea |
| Moog Receivables LLC | Delaware |
| Moog S.A.R.L. (95% owned by Moog Inc.; 5% owned by Moog GmbH) | France |
| Moog Singapore Pte. Ltd. | Singapore |
| Moog India Technology Center Pvt. Ltd. | India |
| Moog Motion Controls Private Limited | India |
| Moog Techtron Corp. | Florida |
| Moog UK Westcott Ltd. | United Kingdom |